UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:18-cr-213-TPB-AAS-3

TARCILO RENTERIA CUERO,

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S "MOTIONS FOR MODIFICATION/MOTION OF COURSE"

This matter is before the Court on Defendant Tarcilo Renteria Cuero's "Motions for Modification/Motion of Course," filed *pro se* on February 27, 2023. (Doc. 97). On April 7, 2023, the Government filed a response. (Doc. 99). After reviewing the motion, response, case file, and the record, the Court finds as follows:

In 2018, Defendant pleaded guilty pursuant to a plea agreement to conspiring to distribute five kilograms or more of cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A). (Docs. 1; 30; 36). Judge Elizabeth A. Kovachevich sentenced Defendant to 120 months imprisonment. (Doc. 75). He is set to be released in 2027.

In his motion, Defendant seeks to modify the conditions of release. Specifically, Defendant asks the Court to modify his term of imprisonment, cut his sentence in half, effectively time-serve him, and enter an order deporting him to Colombia immediately. It certainly would make sense to grant Defendant's request and deport him to Colombia if there was a way to make sure he would never come

back to this country. But, as a practical matter, there is no effective way to do that. Moreover, Defendant has pointed to no valid authority or basis for a modification of his sentence or his request for immediate deportation, and the Court is unaware of any authority that would allow the Court to grant the requested relief. The motion is **DENIED**.

    **DONE AND ORDERED** in Chambers, in Tampa, Florida, this <u>5th</u> day of May, 2023.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**